IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MISTY MOORE                                                                                          PLAINTIFF
*On behalf of*
J.L.M.,A MINOR

vs.                                              Civil No. 2:16-cv-02010

NANCY A. BERRYHILL                                                                            DEFENDANT
Acting Commissioner, Social Security Administration

## J U D G M E N T

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 14th day of February 2017.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE